**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus BORUNDA–RIVERA, also known as Jesus Sandalio Borunda–Rivera, also known as Jesse Borunda, Defendant–Appellant.**

**No. 07–10026**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

438

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Borunda–Rivera raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

Appealing the Judgment in a Criminal Case, Ramon Gonzalez–Vega raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

